FLORENCE E. MIRALDI, Appellant, v. DOMINICK A. MIRALDI, Respondent.

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.